# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL WILLIAMS, ) | | 3:17-cv-00355-MMD-WGC |
| ) | | |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| vs. ) | | |
| ) | | September 23, 2019 |
| MARKS, et al., ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u> KAREN WALKER </u>    REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Plaintiff's Motion for Extension of Time (ECF No. 64). Plaintiff requests an additional thirty (30) days to supplement his motion for summary judgment pursuant to the court's order of July 24, 2019 (ECF No. 49).

    Plaintiff's Motion for Extension of Time (ECF No. 64) is **GRANTED**. Plaintiff shall have to and including **Friday, October 25, 2019**, in which to supplement his motion for summary judgment.

    The Courtroom Administrator shall calendar a hearing on Plaintiff's Motion for Judicial Intervention (ECF No. 53) as soon as the court's calendar will accommodate it. The Office of the Attorney General shall arrange to have someone from Ely State Prison Medical present telephonically who can state whether Plaintiff's medical file is complete.

    **IT IS SO ORDERED.**

                                          DEBRA K. KEMPI, CLERK

                                          By: _____/s/_____
                                                     Deputy Clerk