# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL WILLIAMS,

          Plaintiff,

vs.

MARKS, et al.,

          Defendants.

Case No.: 3:17-cv-00355-MMD-WGC

**REFERRAL TO PRO BONO PROGRAM**

      This case is referred to the Pro Bono Program ("Program") adopted in General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Michael Williams. The scope of appointment will be for the limited purpose of representing Plaintiff Williams with respect to the interpretation of Nevada Department of Corrections Administrative Regulation (AR) 639 and the provisions therein pertaining to (1) whether an inmate who is personally involved in a civil rights lawsuit directly involving medical issues may possess copies of the inmate's medical records relevant to the lawsuit's medical issues [AR 639.02(8)], and (2) whether an inmate involved in such litigation, if indigent, will be provided copies of such relevant records [AR 639.02(7)(c)]. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case or the issues identified above. Accordingly,

      **IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

      **IT IS FURTHER ORDERED** that the Clerk forwards this order to the Pro Bono Liaison.

DATED: December 6, 2019.

                                                    _/s/ William G. Cobb_
                                                  WILLIAM G. COBB
                                                  UNITED STATES MAGISTRATE JUDGE