# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL WILLIAMS,

        Plaintiff,

vs.

MARKS, et al.,

        Defendants.

Case No.: 3:17-cv-00355-MMD-WGC

**ORDER**

        The court will establish new deadlines for the parties to address the interpretation of Nevada Department of Corrections Administrative Regulation (AR) 639 and the provisions therein including, (1) whether an inmate who is personally involved in a civil rights lawsuit directly involving medical issues may possess copies of the inmate's medical records relevant to the lawsuit's medical issues [AR 639.02(8)], and (2) whether an inmate involved in such litigation, if indigent, will be provided copies of such relevant records [AR 639.02(7)(c)]. In the meantime, the court's order of October 29, 2019 (ECF No. 76) is **STAYED**.

        Therefore, Defendants' Motion for Reconsideration (ECF No. 85) and Plaintiff's Motion for Contempt and Applicable Sanctions (ECF No. 89) are **DENIED** without prejudice and any existing deadlines pertaining to briefing of these motions are **VACATED**. The court will also set a briefing schedule and a hearing date.

**IT IS SO ORDERED.**

DATED: December 9, 2019.

                                                    _William G. Cobb_
                                                    WILLIAM G. COBB
                                                    UNITED STATES MAGISTRATE JUDGE