# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | ) | 3:17-cv-00355-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 15, 2020 |
| MARKS, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court are issues pertaining to (1) whether an inmate who is personally involved in a civil rights lawsuit directly involving medical issues may possess copies of the inmate's medical records relevant to the lawsuit's medical issues [AR 639.02(8)], and (2) whether an inmate involved in such litigation, if indigent, will be provided copies of such relevant records [AR 639.02(7)(c)].

The court believes the above issues should be briefed by the parties and hereby sets the briefing schedule as follows:

> Opening briefs shall be filed by Plaintiff and Defendants on or before **Friday, February 14, 2020**.
> Any response(s) shall be filed on or before **Friday, March 6, 2020**.
> No reply memorandums shall be filed.

This order has been filed in each of the following cases: 3:17-cv-355-MMD-WGC, 3:17-cv-732-RCJ-WGC and 3:17-cv-643-RCJ-WGC.

The court will schedule a hearing once briefing is complete.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk