# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | ) | 3:17-cv-00355-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 12, 2020 |
| MARKS, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KAREN WALKER    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

In *Evans v. Dzurenda, et al.*, Case No.: 3:18-cv-00283-RCJ-WGC, the parties stipulated to extend the deadline to file Opening Briefs (ECF No. 97) by an additional fourteen (14) days, extending the deadline from February 14, 2020, to February 28, 2020. The parties further stipulated that the deadline for any responses would be extended from March 6, 2020, to March 20, 2020.

Therefore, the court will also extend the deadlines in this case and sets the briefing schedule as follows:

> Opening briefs shall be filed by Plaintiff and Defendants on or before **Friday, February 28, 2020**.
> Any response(s) shall be filed on or before **Friday, March 20, 2020**.
> No reply memorandums shall be filed.

This order has been filed in each of the following cases: 3:17-cv-355-MMD-WGC, 3:17-cv-732-RCJ-WGC and 3:17-cv-643-RCJ-WGC.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: ____/s/_____
Deputy Clerk